UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTELA B. CORTES, *et al.*,

                    Plaintiffs,

-v-

DIAMANTE POBLANO RESTAURANT CORP., *et al.*,

                    Defendants.

19-CV-9495 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

All defendants were served by October 17, 2019. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. While the Clerk of Court has entered a certificate of default for each defendant, Plaintiffs have not moved for a default judgment.

Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiffs fail by January 31, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiffs are directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: January 17, 2020
       New York, New York

                                          J. PAUL OETKEN
                                       United States District Judge