**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ESTELA B CORTES and MIRIAM IVONNE CAPETILLO CAPETILLO, *individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

DIAMANTE POBLANO RESTAURANT CORP. (D/B/A DIAMANTE POBLANO), FRANCISCO DIAZ , LETICIA DIAZ , FRANCISCO DIAZ (AKA KIKO) , and NOEMI DIAZ ,

                *Defendants.*
-----------------------------------------------------------X

Case No. 1:19-cv-09495-JPO

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

       Plaintiffs ESTELA B CORTES and MIRIAM IVONNE CAPETILLO CAPETILLO, through their undersigned counsel, hereby notify the Court that on or about July 8, 2020, said Plaintiffs accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $35,000.00. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) a Proposed Order entering judgment pursuant to said Offer and Acceptance.

       Dated: July 28, 2020.

                                          /s/ Jordan Gottheim
                                          Jordan Gottheim, Esq.
                                          Michael Faillace & Associates PC
                                          60 East 42nd Street, Ste. 4510
                                          New York, New York 10165
                                          Tel: (212) 317-1200 ext. 104
                                          Email: jgottheim@faillacelaw.com
                                          *Counsel for Plaintiffs*