**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ESTELA B CORTES and MIRIAM IVONNE
CAPETILLO CAPETILLO, *individually and
on behalf of others similarly situated,*

                     *Plaintiffs*,

    -against-

DIAMANTE POBLANO RESTAURANT
CORP.  (D/B/A DIAMANTE POBLANO),
FRANCISCO DIAZ , LETICIA DIAZ ,
FRANCISCO DIAZ (AKA KIKO) , and
NOEMI DIAZ ,

                     *Defendants.*
---------------------------------------------------------X

Case No. 1:19-cv-09495-JPO

**(PROPOSED) ORDER OF JUDGMENT**

       WHEREAS on or about July 8, 2020, Defendants DIAMANTE POBLANO RESTAURANT CORP.  (D/B/A DIAMANTE POBLANO), FRANCISCO DIAZ, LETICIA DIAZ , FRANCISCO DIAZ (AKA KIKO) , and NOEMI DIAZ extended to Plaintiffs ESTELA B CORTES and MIRIAM IVONNE CAPETILLO CAPETILLO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of thirty-five thousand dollars and zero cents ($35,000.00), and whereas said Plaintiffs accepted said offer on or about July 8, 2020, it is hereby

       ORDERED that judgment shall be entered in favor said Plaintiffs against said Defendants in the amount of thirty-five thousand dollars and zero cents ($35,000.00).

    Dated:  New York, New York

            _____, 2020.

                                                  _____
                                                     J. PAUL OETKEN, U.S.D.J.