**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ESTELA B CORTES and MIRIAM IVONNE CAPETILLO CAPETILLO, *individually and on behalf of others similarly situated,*

                   *Plaintiffs*,

   -against-

DIAMANTE POBLANO RESTAURANT CORP. (D/B/A DIAMANTE POBLANO), FRANCISCO DIAZ , LETICIA DIAZ , FRANCISCO DIAZ (AKA KIKO) , and NOEMI DIAZ ,

                  *Defendants.*
-----------------------------------------------------------X

Case No. 1:19-cv-09495-JPO

**JUDGMENT**

      WHEREAS on or about July 8, 2020, Defendants DIAMANTE POBLANO RESTAURANT CORP. (D/B/A DIAMANTE POBLANO), FRANCISCO DIAZ, LETICIA DIAZ , FRANCISCO DIAZ (AKA KIKO) , and NOEMI DIAZ extended to Plaintiffs ESTELA B CORTES and MIRIAM IVONNE CAPETILLO CAPETILLO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of thirty-five thousand dollars and zero cents ($35,000.00), and whereas said Plaintiffs accepted said offer on or about July 8, 2020,

      JUDGMENT shall be entered in favor said Plaintiffs against said Defendants in the amount of thirty-five thousand dollars and zero cents ($35,000.00).

   Dated:  New York, New York

          July 29, 2020.

                                                 _____
                                                 J. PAUL OETKEN
                                                 United States District Judge